# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                   Case Number: 4:20–cr–00298

Paul Edward Evans

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Paul Edward Evans as set forth below.**

**Before the Honorable Andrew M Edison**

**PLACE:**
by video

**DATE:** 11/19/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date: November 10, 2020                                               David J. Bradley, Clerk