## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                              Case Number: 4:20–cr–00298

Paul Edward Evans

---

### Notice of Resetting

**A proceeding has been reset in this case as to Paul Edward Evans as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**PLACE:**
by video

**DATE:** 12/4/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance
Applicable defendant(s) required to be present at the hearing.

RE: Notice of Resetting – #19

---

Date:   November 18, 2020                                David J. Bradley, Clerk