**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:22-cr-00406** |
| | § | |
| **Noah Mendoza** | § | |
| | § | |
| **Defendant** | § | |

**GOVERNMENT'S NOTICE FOR SUBSITUTION OF COUNSEL**

COMES NOW the United States of America, by and through John G.E. Marck, Acting United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Texas, hereby notifies this Honorable Court that the above-captioned case has been transferred from AUSA Carrie Wirsing to AUSA Andrew Sand.

Respectfully submitted,

John G.E Marck
Acting United States Attorney

/s/Andrew Sand________

Andrew Sand
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Office: (713) 567-9000
Fax: (713) 718-3300